IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3054 |
| v. | ) | |
| CUONG PHU NGO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that pursuant to the All Writs Act, 28 U.S.C. § 1651, the United States Marshal shall immediately release the defendant despite the ICE detainer and the defendant shall depart the United States via air line using the passport he possesses and with his daughter. ICE is ordered not to interfere and is ordered not to take the defendant into custody.

DATED this 5th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge