IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| CUONG PHU NGO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant shall respond on or before May 15, 2017, to the plaintiff's motion to reconsider (filing no. 107) the court's order (filing no. 102).

DATED this 9th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge