IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3054 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CUONG PHU NGO, | ) | |
| Defendant. | ) | |

After a conference with counsel where the Assistant United States Attorney represented that he is now satisfied that the defendant is in Canada, and with the agreement of the parties,

IT IS ORDERED that:

(1) The motion to reconsider (filing no. 107) is denied as moot.

(2) The order (filing no. 102) which triggered the motion to reconsider is withdrawn.

Dated May 12, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge